IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN POPE BROWN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| JO ANNE E. BARNHART, | : | |
| COMMISSIONER OF THE | : | |
| SOCIAL SECURITY ADMINISTRATION | : | |
| Defendant | : | NO. 04-1584 |

**O R D E R**

**AND NOW**, this 2nd day of August, 2005, after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and having been advised by the Clerk of Court that, after notice to the parties, no objections to the Report and Recommendation have been filed, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Plaintiff's Motion for Summary Judgment is **DENIED**.

3. The Defendant's Motion for Summary Judgment is **DENIED**.

4. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

_____
GENE E. K. PRATTER
United States District Judge